# EXHIBIT B

## Claim Chart
## U.S. Patent No. 8,261,915 and Gerard Daniel Worldwide Screen Panel

| Rotex '915 Patent Claim | Gerard Daniel Worldwide (GDW) Screen Panel |
|---|---|
| **19**. A screen panel for selective insertion into and removal from a screening machine having a machine frame including lining rails permanently attached to the interior thereof, the screen panel comprising: | GDW has made and is making and selling a screen panel for selective insertion into and removal from a screening machine. |
| a frame; | The GDW panel has a frame. |
| a screen material defining a generally planar screening surface and securably attached to the frame, the screen material being pre-tensioned to the frame; | The GDW screen panel has a screen material defining a planar screening surface and securably attached and pre-tensioned to the frame. |

- 1 -

| Rotex '915 Patent Claim | Gerard Daniel Worldwide (GDW) Screen Panel |
|---|---|
| a peripheral rim extending around at least a portion of the frame; and | The GDW screen panel has a rim which extends around the frame. |
| a seal member disposed on the rim for selectively engaging the lining rails of the machine frame of the screening machine when the screen panel is inserted into the screening machine; | The GDW screen panel has a seal member on the rim which engages the lining rails of the machine when inserted therein. |
| wherein the cross section of the rim of the screen panel has a generally horizontal first portion adapted to hold pre-tensioned wire mesh screen material, | The rim of the GDW screen panel has a horizontal first portion (no. 1 in the photo) which holds the screen material. |
| a generally vertical second portion integral with and substantially perpendicular to the first portion, and | The rim of the GDW screen panel has a vertical second portion (no. 2 in the photo) perpendicular to the first portion. |

- 2 -

| Rotex '915 Patent Claim | Gerard Daniel Worldwide (GDW) Screen Panel |
|---|---|
| a generally horizontal third portion substantially perpendicular and integral with the second portion; | The rim of the GDW screen panel has a horizontal third portion (no. 3 in the photo) integral with the second portion. |
| wherein the seal member comprises a lip adjacent to the intersection of the first portion and the second portion of the rim, and | The GDW screen panel seal member has a lip adjacent to the first and second portion intersection. |
| the lip is adapted to fill the void between the machine frame and the screen panel when the screen panel is inserted into the screening machine. | The lip of the GDW screen panel contributes to filling the void between the machine frame and the screen panel. |
| 20. The screen panel of claim 19 wherein at least a portion of the rim is oriented generally parallel with the generally planar screening surface. | The first and third portions of the rim of the GDW screen panel are parallel with the screening surface. |
| 21. The screen panel of claim 19 wherein the rim extends entirely around the perimeter of the screen panel. | The rim of the GDW screen panel extends entirely around the screen panel. |

| Rotex '915 Patent Claim | Gerard Daniel Worldwide (GDW) Screen Panel |
|---|---|
| **22**. The screen panel of claim 19 wherein the seal member extends entirely around the perimeter of the screening surface. | The seal member of the GDW screen panel extends entirely around the screening surface. |
| **23**. The screen panel of claim 19 wherein the rim extends entirely around the perimeter of the screen panel. | The rim of the GDW screen panel extends entirely around the screen panel. |
| **24**. The screen panel of claim 19 wherein an outermost edge portion of the rim is juxtaposed to a lower surface of the screen panel. | The outermost portion of the rim of the GDW screen panel is juxtaposed to a lower surface of the screen panel. |